

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 9, 2018

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Andrew Moody*, **10 Cr. 1160 (VEC)**

Dear Judge Caproni:

    The Government respectfully submits this letter to request, with consent of defense counsel, that the Court adjourn the conference with respect the defendant's pending alleged violations of supervised release, currently scheduled for July 11, 2018, at 3:00 p.m., to a time and date convenient to the Court approximately 30 days later (i.e., on or about August 10, 2018).

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By: /s/ Robert B. Sobelman
    Robert B. Sobelman
    Assistant United States Attorney
    (212) 637-2616

Cc: Sanford N. Talkin, Esq. (by ECF)