

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 28, 2018

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Andrew Moody*, 10 Cr. 1160 (VEC)

Dear Judge Caproni:

    The Government respectfully submits this letter to update the Court on the status of the above-captioned matter, as requested by the Court's chambers on October 28, 2018. The Government and the defendant have continued to discuss a potential pre-hearing resolution of the pending violations of supervised release. To date, the parties still have not been able to reach an agreement on such a resolution, but the parties intend to continue their discussions.

    The Government also respectfully advises the Court that undersigned Government counsel likely will be unable to appear at the conference scheduled for October 31, 2018, at 3:00 p.m., due to a scheduling conflict with a trial being conducted before the Honorable Sidney H. Stein, United States District Judge for the Southern District of New York, in *United States v. Andrew Owimrin and Shahram Ketabchi*, S8 17 Cr. 243 (SHS). The Government expects that Assistant United States Attorney Michael Longyear will appear on behalf of the Government in this matter.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By: *Robert B. Sobelman*
    Robert B. Sobelman
    Assistant United States Attorney
    (212) 637-2616

Cc: Anthony L. Ricco, Esq. (by ECF)