**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,

-against-

ANDREW MOODY,
                Defendant.
------------------------------------------------------------X

10 CR. 1160 (RMB)
19 CR. 112 (RMB)

**ORDER**

The sentencing proceeding scheduled for Tuesday, July 20, 2021 will be held in Courtroom 17B.

Dated: July 14, 2021
      New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.