**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,            10 CR. 1160 (RMB)
                                                   19 CR. 112 (RMB)
   -against-
                                                     **ORDER**

ANDREW MOODY,
                Defendant.
------------------------------------------------------------X

The sentencing proceeding previously scheduled for Tuesday, July 20, 2021 is hereby rescheduled to Tuesday, September 28, 2021 at 9:00 AM.


Dated: July 16, 2021
       New York, NY

                                             _____
                                                       RICHARD M. BERMAN
                                                             U.S.D.J.