UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
            Government,                           10 CR. 1160 (RMB)
                                                                           19 CR. 112 (RMB)

   -against-
                                                                           **ORDER**

ANDREW MOODY,
            Defendant.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the sentencing proceeding scheduled for Tuesday, September 28, 2021 at 9:00 AM is being held by video via Zoom pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

   USA Toll-Free Number: (877) 336-1829
   Access Code: 6265989
   Security Code: 0112


Dated: September 23, 2021
       New York, NY

                                                     */s/ Richard M. Berman*
                                                     RICHARD M. BERMAN
                                                         U.S.D.J.