UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

-against-

ANDREW MOODY,
                Defendant.
------------------------------------------------------------X

10 CR. 1160 (RMB)
19 CR. 112 (RMB)

**ORDER**

      The sentencing proceeding previously scheduled for Tuesday, September 28, 2021 at 9:00 AM is hereby adjourned to Wednesday, October 6, 2021 at 9:00 AM. The proceeding will take place in courtroom 17B.

Dated: September 29, 2021
       New York, NY

                                               RICHARD M. BERMAN
                                                    U.S.D.J.